No. 96–6786. BURTON v. BURTON. Sup. Ct. Del. Certiorari denied.

No. 96–6819. PIZZO v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–6843. WESLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6882. MARTIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–6884. ERIKSEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6897. ALVAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6901. AHMED v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 96–6924. BROOKS v. SHEPPARD AIR FORCE BASE. C. A. 5th Cir. Certiorari denied.

No. 96–6928. HUGHES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6930. FINCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6933. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6935. SANTANGELO v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 96–6939. BOYD v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–6945. GIFFORD v. MAINE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 96–6955. PRICE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.